IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JEWETT W. TUCKER, JR., ) | CHAPTER 7 CASE |
| ) | 08-40990-LWD |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEAL

NOW COMES Jewett W. Tucker, Jr., Debtor and appeals under 28 U.S.C. §158(a) from the Order entered by the Bankruptcy Court on August 5, 2009 [Doc 82], a copy of which Order is attached hereto as Exhibit "A" (the "August 5, 2009 Conversion Order"). The August 5, 2009 Conversion Order was entered in a contested matter initiated by the United States Trustee's "Motion to Dismiss or to Convert the Case to Chapter 7".[1]

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

---

[1] At the time the Motion to Dismiss or to Convert the Case to Chapter 7 was filed, the above-styled case was consolidated with the Chapter 11 case of Vallambrosa Holdings, LLC pending in this Court as case 08-40791. The Motion to Dismiss or to Convert the Case to Chapter 7, was filed in case 08-40791 [Doc 160], pursuant to the Consolidation Order entered August 28, 2008 [Doc 77]. By Order entered August 5, 2009, case 08-40791 was deconsolidated from the above captioned case. [Doc 287]

Office of the United States Trustee
Matthew E. Mills
222 West Oglethorpe Avenue
Suite 302
Savannah, Georgia 31401
(912) 652-4117

Though not a party to the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7, the Bankruptcy Court allowed the following additional party to participate.

Canpartners Realty Holding Company IV, LLC
Denise-Dell Powell
Akerman Senterfitt
420 S. Orange Avenue, Suite 1200
Orlando, Florida 32801
(407) 419-8506

Kathleen Horne
Inglesby, Falligant, Horne, Courington
P.O. Box 1368
Savannah, Georgia 31402
(912) 232-7000

Additionally, the Chapter 7 Trustee is a party to this appeal:

Benjamin R. Roach
423 Bull Street
Savannah, Georgia 31401
(912) 236-0480

Dated this 17th day of August, 2009.

                              Respectfully submitted,

                        By:   */s/ James Drake*
                                JAMES L. DRAKE, JR.
                                *Georgia State Bar No.  229250*

                              *Co-Counsel for Debtor Jewett W. Tucker, Jr*

JIMMY L. PAUL
*Georgia State Bar No. 567600*
Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia  30303
(404) 659-1410
(404) 659-1852 (facsimile)
jimmy.paul@chamberlainlaw.com

312300.1
009320-000000:8/16/2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| JEWETT W. TUCKER, JR., ) | NO 08-40990-LWD |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the attached "Notice of Appeal", by CMECF or by placing copies of same in properly addressed envelopes with sufficient postage thereon and depositing same in the United States Mail this 17th day of August, 2009, upon the following:

Office of the United States Trustee
Commerce Building, Suite 302
222 West Oglethorpe Avenue
Savannah, Georgia 31401

Denise-Dell Powell
Akerman Senterfitt
420 S. Orange Avenue, Suite 1200
Orlando, Florida 32801

Kathleen Horne
Inglesby, Falligant, Horne, Courington
P.O. Box 1368
Savannah, Georgia 31402

Benjamin R. Roach
423 Bull Street
Savannah, Georgia 31401

Dated this 17th day of August, 2009.

By: /s/ James L. Drake
JAMES L. DRAKE, JR.
*Georgia State Bar No. 229250*

JAMES L. DRAKE, JR., P.C.
P.O. Box 9945
Savannah, Georgia 31412
(912) 790-1533

*Co-Counsel for Debtor Jewett W. Tucker, Jr.*