# UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

In re:

**Jewett W. Tucker Jr.**
    Debtor

Case No.:  08–40990–LWD
Judge:  Lamar W. Davis Jr.

Chapter:  7

## **CERTIFICATE OF MAILING**

    I, the undersigned, a regularly appointed and qualified deputy clerk in the office of the Bankruptcy Court for the Southern District of Georgia hereby certify:

    1. That I personally, pursuant to instructions from the court and in performance of my duties as deputy clerk, either mailed or electronically served each of the **Parties Named below, Notice of Appeal and Amended Notice of Appeal** . Parties receiving notice electronically are noted.

    2. If service was by mail, the envelopes containing such notice were deposited in the regular United States Mail Box in the City of Savannah , Georgia, in said District on **August 19, 2009** .

Jewett W Tucker, Jr., 2245 Crawford Smithonia Road, Colbert, GA 30628
James L. Paul, 191 Peachtree Street, NE 34th Floor, Atlanta, GA 30303
James L. Drake, Jr., P O Box 9945, Savannah, GA 31412
United States Trustee, 222 W Oglethorpe Avenue, Romm 302, Savannah, GA 31401
Benjamin R Roach, 423 Bull Street, Savannah, GA 31401
Atty Kathleen Horne, P. O. Box 1368, Savannah, GA 31402
Canpartners Realty Holding Company, IV, LLC, Denise Dell Powell, Akerman Senterfitt, 420 S Orange Avenue, Ste 1200, Orlando, FL 32801

    *Samuel L. Kay, CLERK*
    United States Bankruptcy Court
    PO Box 8347
    Savannah, GA 31412

    By: **Carol G Covington**
    Deputy Clerk

*GASB−29 (Rev 02/08)* **CC**