## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JEWETT W. TUCKER, JR.,** | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **JEWETT W. TUCKER, JR.,** | ) | **CHAPTER 7 CASE** |
| | ) | **08-40990-LWD** |
| Appellant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DONALD F. WALTON** | ) | |
| **UNITED STATES TRUSTEE** | ) | |
| | ) | |
| Appellee | ) | |
| | ) | |

## WITHDRAWAL OF NOTICE OF APPEAL AND AMENDED NOTICE OF APPEAL

COMES NOW Jewett W. Tucker, Jr., Debtor/Appellant, and withdraws the Notice of Appeal and Amended Notice of Appeal filed in the above captioned matter.

Dated at Savannah, Georgia this 27th day of August, 2009.

By:     /s/ James L. Drake, Jr.
        JAMES L. DRAKE, JR.
        Attorney for Debtor Jewett W. Tucker, Jr./Appellant

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE:                                          )
                                                )
JEWETT W. TUCKER, JR.,                          )
                                                )
        Debtor.                                 )
                                                )
JEWETT W. TUCKER, JR.,                          )        CHAPTER 7 CASE
                                                )        08-40990-LWD
        Appellant.                              )
                                                )
vs.                                             )
                                                )
DONALD F. WALTON                                )
UNITED STATES TRUSTEE                           )
                                                )
        Appellee                                )
                                                )

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the attached "Withdrawal of Notice of Appeal and Amended Notice of Appeal", by CMECF or by placing copies of same in properly addressed envelopes with sufficient postage thereon and depositing same in the United States Mail this 27th day of August, 2009, upon the following:

Office of the United States Trustee                 Denise-Dell Powell
Commerce Building, Suite 302                        Akerman Senterfitt
222 West Oglethorpe Avenue                          420 S. Orange Avenue, Suite 1200
Savannah, Georgia 31401                             Orlando, Florida 32801

Kathleen Horne                                      Benjamin R. Roach
Inglesby, Falligant, Horne, Courington              423 Bull Street
P.O. Box 1368                                       Savannah, Georgia 31401
Savannah, Georgia 31402

Dated this 27th day of August, 2009.

By:     /s/ *James L. Drake, Jr.*
        JAMES L. DRAKE, JR.
        Attorney for Debtor Jewett W. Tucker, Jr./Appellant

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533